ALVIN E. VAN DER BYL, RESPONDENT, v. WILLIAM
SCHEPP, APPELLANT.

Argued October 19, 1932—Decided October 20, 1932.

For the appellant, *Bernard L. Stafford.*

For the respondent, *Peter J. McGinnis.*

PER CURIAM.

The case arose out of a motor vehicle accident in which the
plaintiff below sustained personal injuries. There is only
one ground of appeal, viz., that the trial court erred in refus-
ing to direct a nonsuit on the ground of contributory
negligence.

Taking the plaintiff's version of the affair, as it must be
taken under the circumstances, the situation was as follows:
the plaintiff and a friend were riding their motorcycles north-
ward on the Paterson-Pompton turnpike, a four-track mod-
ern road. The two south-bound lanes, beginning with the
westerly one, may be called numbers 1 and 2, and the north-
bound lanes would 3 and 4. Plaintiff and his friend were
riding on number 4, near the summit of a grade, and on a
section paved with asphalt, when plaintiff's cap blew off to
his left and dropped near the middle of the road. He signaled
his friend, and both made a complete turn to the left and
came back southward on number 1; and then swung eastward
across 1 and 2, in front of two cars south-bound and in sight,
and safely. Plaintiff then swung to the north, stopped his
motorcycle at the place where his cap lay, and was in the act
of picking it up when struck by defendant's south-bound car,
which had swerved off lanes 1 and 2 and was wholly or in
part on lane 3, a north-bound lane.

The trial judge was of opinion that in that posture of
affairs, any question of contributory negligence on the part

of plaintiff was for the jury. This, we think, was manifestly right. Whatever different light was shed on the matter by evidence that came in later, or even by other evidence for the plaintiff inconsistent with the plaintiff's own testimony, could not avail to require the judge to take the case from the jury when the plaintiff rested.

The judgment will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 15.

*For reversal*—None.